**UNITED STATES of America,**
**Appellee,**

v.

**Milton George BIGALK, Appellant.**

**No. 05–1003.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 25, 2006.

Decided: Feb. 1, 2006.

Michael L. Cheever, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Andrea K. George, Asst. F.P. Defender, Katherine Menendez, Federal Public Defender's Office, Minneapolis, MN, Milton George Bigalk, Federal Correctional Institution, Waseca, MN, for Appellant.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

PER CURIAM.

A jury found Milton George Bigalk guilty of failing to surrender as ordered to serve a previously imposed federal sentence, in violation of 18 U.S.C. § 3146(a)(2). The district court[1] sen-

---

1. The Honorable Donald D. Alsop, United States District Judge for the District of Minnesota.

tenced him to 21 months in prison and 3 years of supervised release, and he appeals.

Mr. Bigalk challenges the sufficiency of the evidence to support his conviction. Viewing the evidence in the light most favorable to the jury's verdict, we conclude that it is sufficient. *See United States v. Marion,* 977 F.2d 1284, 1287 (8th Cir.1992) (standard of review). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We deny Mr. Bigalk's pro se "affidavit and demand for charging affidavits."